IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MAGALY CAMACHO CARDONA

CASE NO 11-05565-ESL

CHAPTER 13

DEBTOR(S)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 12, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

AMENDED PLAN DATE: September 13, 2011     PLAN BASE: $13,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 9/15/2011

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
Pending: 1) to file application for special counsel, atty. Rodriguez, who is handling debtor's appeal before the State Insurance Fund; 2) amend Sofa #4 to include appeal before State Ins Fund; 3) Trustee's Motion to dismiss in dkt.11 is pending for adjudication.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$71.00/$2,929.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez

USDC # 222611

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062