IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-05565 ESL

MAGALY CAMACHO CARDONA

Chapter 13

XXX-XX-3971

FILED & ENTERED ON 10/06/2011

Debtor(s)

## ORDER DISMISSING CASE

Upon the trustee's motion for dismissal of the above captioned case (docket entry #11), and the debtor(s) having failed to timely reply to said motion, it is now

ORDERED that this case be and hereby is dismissed; and it is further

ORDERED that the Clerk shall dismiss and close any contested matter or adversary proceeding related to the instant case.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 06 day of October, 2011 .

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

CC: All creditors