IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

MAGALY CAMACHO CARDONA

CASE NO   11-05565-ESL

CHAPTER 13

DEBTOR(S)

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **August 12, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: $0.00

AMENDED PLAN DATE: September 13, 2011    PLAN BASE: $13,500.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/31/2011

[ ] FAVORABLE      [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
Pending: 1) to file application for special counsel who is handling debtor's appeal before the State Insurance Fund. Debtor informed on October 26 that is William Dominguez Torres and that will file the application to retain special counsel within next seven days, dkt. 20; 2) Trustee's motion to dismiss in dkt. 11 and motion requesting reconsideration of case in dkt.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$71.00/$2,929.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Pedro R Medina

Pedro R Medina
USDC #226614

For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062