IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MAGALY CAMACHO CARDONA

XXX-XX-3971

Debtor(s)

CASE NO. 11-05565 ESL

Chapter 13

FILED & ENTERED ON 11/07/2011

### ORDER GRANTING RECONSIDERATION

This case is before the Court on the following motion: The debtor(s)' request for reconsideration of the order dismissing the instant case (docket entry #20).

Due notice having been given, there being no opposition and good cause appearing thereof, the motion is granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 07 day of November, 2011.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC: All Creditors